1034

THE STATE OF WASHINGTON, *Respondent*, v. GARY HOWARD COOPER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-00146-9, Eric Z. Lucas, J., entered March 12, 2009. *Reversed* by unpublished per curiam opinion.

RONALD W. MOORE, *Appellant*, v. L. BILLIE HAGGE, *Defendant*, THE CITY OF DES MOINES, *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 07-2-27634-3, Hollis R. Hill, J., entered May 7, 2009. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Ellington and Schindler, JJ. Now published at 158 Wn. App. 137.

THE STATE OF WASHINGTON, *Respondent*, v. BAILEY C. WITT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-00711-4, Gerald L. Knight, J., entered July 24, 2009. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Lau and Spearman, JJ.

NPRO, INC., *Appellant*, v. THE CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-20263-1, Michael Hayden, J., entered July 6, 2009. *Affirmed* by unpublished opinion per Becker, J., concurred in by Leach, A.C.J., and Schindler, J.